UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-24641-CIV-GAYLES/WHITE

**ROGERIO CHAVES SCOTTON,**

        **Plaintiff,**

**v.**

**DHL EXPRESS USA INC.,**

        **Defendant.**
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on Magistrate Judge Patrick A. White's Report of Magistrate Judge ("Report") [ECF No. 7]. On November 4, 2016, Plaintiff filed a complaint against Defendant alleging that Defendant provided false records and testimony which resulted in Plaintiff's conviction [ECF No. 1]. The matter was referred to Judge White, pursuant to 28 U.S.C. § 636(b)(1)(B) and Administrative Order 2003-19 of this Court, for a ruling on all pretrial, non-dispositive matters, and for a Report and Recommendation on any dispositive matters. [ECF No. 3]. Judge White's Report recommends that the Complaint be dismissed because it is barred pursuant to the doctrines set forth in *Preiser v. Rodriguez,* 411 U.S. 475, 499-500 (1973) and *Heck v. Humprhey*, 512 U.S. 477, 486 (1994) and because Plaintiff cannot maintain an action against a private company challenging his conviction. Plaintiff has objected to the Report. [ECF No. 13].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed.

R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court has conducted a *de novo* review of the record and agrees with Judge White's well-reasoned analysis and recommendations. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

(1) Judge White's Report and Recommendation [ECF No. 7] is **AFFIRMED AND ADOPTED**;

(2) Plaintiff's Complaint [ECF No. 1] is **DISMISSED**;

(3) this case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of January, 2017.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE